# In The United States Court of Federal Claims

ORIGINAL

ECF

## Cover Sheet

04-1470C

Plaintiff(s) or Petitioner(s)

Heubeck Sprinkler Inspection Co., Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

RECEIVED
SEP 16 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Name of the attorney of record: [See RCFC 83.1(c)] Michael J. Moran, Esquire

Firm Name: The Law Offices of Curtis C. Coon, LLC

Post Office Box:

Street Address: Suite 105, 305 West Chesapeake Avenue

City-State-Zip: Towson, MD 21204

Telephone & Facsimile Numbers: 410.244.8800; 410.825.6023

E-mail address: mikemoran@verizon.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $ 100,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003