IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEUBECK SPRINKLER INSPECTION CO., INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1470C |
| | ) | (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of CRISTINA C. ASHWORTH as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CRISTINA ASHWORTH
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Dated: October 12, 2004

S/ Cristina C. Ashworth

CRISTINA C. ASHWORTH
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0361
Fax: (202) 514-7965

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of October, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Michael J. Moran, Esquire
Law Offices of Curtis C. Coon, LLC
304 W. Chesapeake Avenue, Suite 105
Towson, Maryland 21204

_______________________