IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEUBECK SPRINKLER INSPECTION CO., INC., | ) | No. 04-1470C |
| Plaintiff, | ) | (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a thirty (30) day enlargement of time, to and including December 15, 2004, to file a response to the complaint. Our response is currently due on November 15, 2004. This is defendant's first request for an enlargement for this purpose. Michael Moran, counsel for plaintiff, was contacted and does not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the agency. Defendant's counsel was first able to speak with the assigned agency counsel on October 26, 2004. The agency will be unable to provide counsel with a statutorily required litigation report in enough time for counsel to prepare a response to the complaint. This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report. The additional time requested is also necessary for undersigned counsel to confer with the agency, to prepare a thorough response, and to

obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of thirty (30) days, to and including, December 15, 2004, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ DONALD E. KINNER
DONALD E. KINNER
Assistant Director

S/ CRISTINA C. ASHWORTH
CRISTINA C. ASHWORTH
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202)307-0314
Attorneys for Defendant

November 4, 2004

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 4TH day of November, 2004, I caused to be served by United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Michael Moran
The Law Office of Curtis C. Coon, LLC
305 W. Chesapeake Avenue
Suite 105
Towson, MD 21204

S/ CRISTINA C. ASHWORTH