BEFORE THE COURT OF FEDERAL CLAIMS
OF THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| HEUBECK SPRINKLER INSPECTION CO., INC., | * | |
| Plaintiff | * | No.: 04 1470 C (JudgeBush) |
| v. | | |
| THE UNITED STATES, | * | |
| Defendant | | |

*  *  *

MOTION TO AMEND COMPLAINT **WITH CONSENT OF THE UNITED STATES**

Plaintiff, Heubeck Sprinkler Inspection Co., Inc. by its undersigned Counsel, moves, pursuant to Rule 15 of the Rules of Procedure of the Court of Federal Claims that this Court enter an Order granting it leave to amend its Complaint.

In support of its Motion, Plaintiff states that:

1. Plaintiff desires to Amend its Complaint to state a better cause of action and plead the facts that it contends support its claim(s) with somewhat more clarity and, by so doing, bring the claims(s) into better focus.

2. The United States has already answered the Complaint.

3. The United States has read this Motion and the proposed Amended Complaint, a copy of which is appended as Exhibit No. 1, and has authorized undersigned Counsel to state that the United States consents to the filing of the Amended Complaint; on the condition that the Plaintiff consents to an enlargement of time for the United States to answer the Amended Complaint from 10 days to 30 days.

4. The Plaintiff consents to the request.

WHEREFORE, Plaintiff requests that this Court enter an Order:

1. GRANTING the Motion for Leave to Amend the Complaint;

2. ENLARGING the time by which the United States must respond to the Amended Complaint to 30 days after service of the Amended Complaint upon the United States.

/s/

MICHAEL J. MORAN, Esquire
The Law Offices of Michael J. Moran, P.C.
305 W. Chesapeake Avenue-Suite 105
Towson, MD 21204
410.244.8800

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of June 2005 I caused a copy of the foregoing paper to be mailed, by first class mail, postage prepaid, to: Tara Hogan, Esquire, Commercial Litigation Branch, Civil Division, Justice Department, Attention: Classification Unit, 8th Floor, 1100 L. Street, Washington, DC 20530

/s/

MICHAEL J. MORAN