# In the United States Court of Federal Claims

No. 04-1470 C

(Filed June 21, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
HEUBECK SPRINKLER INSPECTION COMPANY, INC., *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 8, 2005, plaintiff filed a Motion to Amend Complaint with Consent of the United States. Plaintiff requests to amend its complaint in order to clarify its cause of action and facts that support its claims. Plaintiff's motion states that defendant has answered its complaint. However, defendant consents to the filing of the amended complaint, on the condition that the plaintiff consents to an enlargement of time of an additional twenty days, to the ten day deadline, to answer the amended complaint.

Accordingly, it is hereby **ORDERED** that plaintiff's Motion to Amend Complaint with Consent of the United States is **GRANTED**; Plaintiff is directed to **FILE** its **Amended Complaint** by or before **June 29, 2005**; and defendant's **Answer** shall be **FILED** thirty days from the date of the filing of plaintiff's Amended Complaint.

s/Lynn J. Bush
LYNN J. BUSH
Judge