# In the United States Court of Federal Claims

No. 04-1470 C

(Filed September 16, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *

HEUBECK SPRINKLER INSPECTION COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 26, 2005, plaintiff filed an Amended Complaint in the subject matter. Defendant's amended answer to plaintiff's amended complaint was filed on July 29, 2006. As of the date of this filing, the parties have not filed an Amended Joint Preliminary Status Report, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims. Accordingly, it is hereby **ORDERED** that the parties shall **FILE** an **Amended Joint Preliminary Status Report** on or before **October 7, 2005**.

s/Lynn J. Bush
LYNN J. BUSH
Judge