IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEUBECK SPRINKLER INSPECTION CO., INC., | ) | |
| | ) | No. 04-1470C |
| Plaintiff, | ) | (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL

Pursuant to Rule 41 of the United States Court of Federal Claims, the parties stipulate to the dismissal of this case, with prejudice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/Michael J. Moran
MICHAEL J. MORAN
Law Office of Michael J. Moran
305 W. Chesapeake Ave.
Suite 105
Towson, MD 21204
Tele: (410) 244-8800

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202)307-1011

Attorneys for Defendant

October 20, 2005

CERTIFICATE OF FILING

I hereby certify that on this 20th day of October 2005 a copy of the foregoing “NOTICE OF DISMISSAL” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/Tara K. Hogan